John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
**ALTVIEW LAW GROUP, LLP**
12100 Wilshire Blvd., Suite 800
Los Angeles, California 90025
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Defendants* CINTAS ACUARIO, INC., a California corporation, and AYANA MUSICAL, INC., a California corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI RIVERA ENTERPRISES, LLC, a California limited liability company; and JAQUELIN CAMPOS, an individual, in her capacity as executrix of the ESTATE OF DOLORES J. RIVERA, the successor-in-interest to the rights of Dolores J. Rivera, professionally known as Jenni Rivera,<br><br>        Plaintiff,<br><br>   v.<br><br>CINTAS ACUARIO, INC., a California corporation; AYANA MUSICAL, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>        Defendant. | CASE NO: 2:23-cv-07847-SB-JC<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**<u>Hearing</u>**<br>Date: February 2, 2024<br>Time: 8:30 a.m.<br>Courtroom: 6C<br><br>Action Filed: September 20, 2023<br>Trial Date: November 12, 2024 |

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence ("FRE"), Defendants CINTAS ACUARIO, INC., a California corporation ("Cintas"), and AYANA MUSICAL, INC., a California corporation ("Ayana") (collectively, "Defendants"), respectfully request that the Court take judicial notice of specific facts that are not subject to reasonable dispute in Exhibit A, as described below:

1. A true and correct copy of a press release issued by Defendants on or about January 4, 2022 and published online via the also-included article from Telemundo Television Broadcasting Company's website located at <https://www.teleumundo.com>, which has been translated from Spanish to English by a duly-accredited translator on or about January 4, 2023 and is attached hereto as **Exhibit A**.

The Court may "consider certain materials – documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice without converting the motion to dismiss into a motion for summary judgment" on a motion to dismiss under Federal Rules of Civil Procedure ("FRCP") 12(b)(6). *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

Further, Rule 201 permits a court to take judicial notice of an adjudicative fact if it is "not subject to a reasonable dispute." FRE 201(b). A fact is "not subject to reasonable dispute" if it is "generally known," or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FRE 201(b)(1)-(2); *see also Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018), *cert. denied sub nom. Hagan v. Khoja*, 139 S. Ct. 2615 (2019). Courts routinely take notice of publicly available websites. *See Mathews v. Nat'l Football League Mgmt. Council*, 688 F.3d 1107, 1113 (9th Cir. 2012) (taking judicial notice of facts on the NFL's website).

///

///

///

1
DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

Accordingly, the Court can take judicial notice of Exhibit A, which is a publicly available press release that has been published online.

DATED: January 5, 2024                    **ALTVIEW LAW GROUP, LLP**

By: _____
   JOHN M. BEGAKIS
   *Attorneys for Defendants*
   CINTAS ACUARIO, INC., a California corporation; and AYANA MUSIC, INC., a California corporation

# EXHIBIT "A"



FAMOUS PEOPLE

# Jacqie Rivera, in her role as executive director, sends a message to her aunt Rosie

The daughter of Jenni Rivera has taken control of the companies previously under the control of Rosie Rivera. In her new role as CEO, she speaks about the audit, which generated controversy in her family.

This is how Jacqie Rivera prepares to be the new executor of Jenni Rivera's inheritance.



SHARE THIS —

Case 2:23-cv-07847-SB-JC   Document 35-1   Filed 01/05/24   Page 6 of 14   Page ID #:560

On. 5, 2022, 3:14 PM EST / Updated on Feb. 9, 2022, 1:03 PM EST

By Mariana Ángeles Gómez

By means of a press release, **Jacqie Rivera** announced her official appointment as executive director of *Jenni Rivera Enterprises* and *Jenni Rivera Fashion LLC*.

In the text, the late singer's second daughter said she felt "grateful" for receiving this "leadership torch." She also mentioned that she is ready to preserve the legacy of her mother and make it grow.

**Start Streaming N**

See Offer Details.



"This represents the change of the guard from one generation to the next... I hope we will embark on new and exciting business opportunities, and I am anxious to begin," Jacqie said.

**You May Like**                                                                 Promoted Links by Taboola



CCPA Notice

Jacqie, also a singer, thanked her aunt **Rosie** for dedicating the past nine years of her life to managing her mother's businesses, in addition to being a source of emotional support for her and her siblings after the death of Jenni in December of 2012.

[*"Pray for me. I don't even want to leave my home anymore." Rosie Rivera breaks down due to her family's problems.*]





# PRESS RELEASE
## JANUARY 04, 2022

*"On behalf of my four siblings, I am honored to take over the position of executive director of these two companies in order to preserve and develop the legacy and reputation these two businesses that my mother left in the hands of my aunt Rosie and now me. This represents the change of guard from one generation to the next. I am pleased and grateful to have received the leadership torch. I hope we will embark on new and exciting business opportunities, and I am anxious to begin," said the new executive director. "I am grateful for the efforts made by my aunt in our behalf after the death of our mother in order to honor her wishes and take care of our financial and emotional needs during these last 9 years. She served in her double roles with pride and integrity. An audit of the Trust was performed in preparation for this change. In spite of recent communication media reports, there was no evidence of any crime, misappropriation or theft of fiduciary funds by Rosie, while acting as fund trustee. The beneficiaries and I wish our aunt Rosie the best of luck in all of her new endeavors, and we hope that our future efforts make both her and our mother proud of us."*

*Rosie Rivera wishes to express her utmost support for Jacqie as she begins this new chapter. When commenting on the transition, Rosie offered her best wishes to her family. "I thank God and my sister for entrusting me with her legacy. It has been a privilege and an honor. My sister is worth the weight of these last 9 years and much more, but I am happy to pass the baton. I will continue praying for Jacqie as she takes over this role and encouraging my sister, nieces and nephews."*



- Press Release of Jacqie Rivera   Jenni Rivera Enterprises

Jacqie also mentioned the **results of the audit** performed of Rosie's administration, a situation that triggered controversy within the Rivera family.

"**There was no evidence of any crime**, misappropriation or theft of fiduciary funds by Rosie acting as trustee," stated the press release.

Recommended



FAMOUS PEOPLE
An attorney explains what could happen with Gloria Trevi's new lawsuit.

Jenni Rivera's sister also expressed herself via text to show support for Jacqie and wish her luck in this new stage of her life.

Rosie thanked Jenni for the trust she placed on her by putting so much responsibility in her hands and said that her sister "is worth the weight of these 9 years and more."

The news that Jenni's children were demanding their aunt be audited came out in June of 2021. Rosie spoke about the situation. She explained this is a common process in any business.

This is how the Rivera Family's problems began after the death of the 'Diva of the Band'





This is how the Rivera family's problems began after the death of the 'Diva of the Band'



*Subscribe here to today's newsletter and receive the very best of the show in your e-mail box!*

Mariana Ángeles Gómez

Mexican journalist, digital collaborator on Telemundo's *Hoy Día* show. Focused on the production of content of interest for Latinos on subjects such as lifestyle, entertainment and current events.



# PRESS RELEASE
## JANUARY 04, 2022

*"On behalf of my four siblings, I am honored to take over the position of executive director of these two companies in order to preserve and develop the legacy and reputation these two businesses that my mother left in the hands of my aunt Rosie and now me. This represents the change of guard from one generation to the next. I am pleased and grateful to have received the leadership torch. I hope we will embark on new and exciting business opportunities, and I am anxious to begin," said the new executive director. "I am grateful for the efforts made by my aunt in our behalf after the death of our mother in order to honor her wishes and take care of our financial and emotional needs during these last 9 years. She served in her double roles with pride and integrity. An audit of the Trust was performed in preparation for this change. In spite of recent communication media reports, there was no evidence of any crime, misappropriation or theft of fiduciary funds by Rosie, while acting as fund trustee. The beneficiaries and I wish our aunt Rosie the best of luck in all of her new endeavors, and we hope that our future efforts make both her and our mother proud of us."*

*Rosie Rivera wishes to express her utmost support for Jacqie as she begins this new chapter. When commenting on the transition, Rosie offered her best wishes to her family. "I thank God and my sister for entrusting me with her legacy. It has been a privilege and an honor. My sister is worth the weight of these last 9 years and much more, but I am happy to pass the baton. I will continue praying for Jacqie as she takes over this role and encouraging my sister, nieces and nephews."*



**JENNI RIVERA ENTERPRISES, LLC**

In addition, Jacqie Rivera announced she took charge of the direction of both companies (Photo: Jenni Rivera Enterprises)

# DECLARATION AND CERTIFICATION OF TRANSLATION
## Pursuant to Government Code Section 27293

I, __Diana V. Valori__, declare that I am:
(Name of interpreter/translator)

☐ A certified or registered Court Interpreter as described in Section 68561 of the Government Code
☒ An Accredited Translator registered with the American Translators Association

I am certified/registered to interpret and/or translate from the __SPANISH__ language to the __ENGLISH__ language.

I declare to the best of my abilities and belief that this is a true and accurate translation of the __Spanish__ language text of: __1. Press Release, 2. Jacqie Rivera Article dated 01/03/2024__

(Insert title of document)

### Specific Description of the Document

1. One (1) page Press Release
2. Six (6) page Jacqie Rivera Article dated Jan. 3, 2024

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Subscribed to this __4th__ day of __January__, 20__24__, at __Santa Monica__, __CA__.
(Day)          (Month)          (Yr)          (City)          (State)

_____
Signature of Interpreter/Translator

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

### Certificate of Acknowledgement

State of __California__   County of __Los Angeles__

On __01/04/2024__ before me, __Upeksha Thennakoon Mudiyanselage, Notary Public__,
(Insert name and title of the officer)

Personally appeared __Diana V. Valori__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed, the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

☐ Personally Known  OR  ☒ Produced Identification.

Type of Identification produced __CA Driver License__

WITNESS my hand and official seal

UPEKSHA THENNAKOON
MUDIYANSELAGE
Notary Public – California
Los Angeles County
Commission # 2470248
My Comm. Expires Nov 8, 2027

_____
NOTARY SIGNATURE

CC600 (10/28/2016 Rev.)

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, a copy of **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** was served by electronic mail at the address below:

Christopher Q. Pham, Esq.
Marcus F. Chaney, Esq.
CRITERION COUNSEL, LAW CORPORATION
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, CA 91367
cpham@criterioncounsel.com
mchaney@criterioncounsel.com


Frank Salzano, Esq.
Brady Williamson, Esq.
SALZANO, ETTINGER LAMPERT & WILSON, LLP
104 West 40th Street, 14th Floor
New York, NY 10018
fsalzano@selwlaw.com
bwilliamson@selwlaw.com


January 5, 2024                   /s/ John M. Begakis
                                         JOHN M. BEGAKIS