Brady Williamson, Esq. (*admitted pro hac vice*)
Salzano Ettinger Lampert & Wilson, LLP
104 West 40th Steet, 14th Floor
New York, NY 10018
Telephone: (212) 375-6746
Facsimile: (646) 365-3119
bwilliamson@selwlaw.com

Christopher Q. Pham, SBN: 206697 (*local counsel*)
E-mail: cpham@criterioncounsel.com
Criterion Counsel, Law Corporation
6355 Topanga Canyon Blvd., Suite 326
Woodland Hills, CA 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

*Attorneys for Plaintiffs* Jenni Rivera Enterprises, LLC; and The Estate Of Dolores J. Rivera

John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
ALTVIEW LAW GROUP, LLP
12100 Wilshire Blvd., Suite 800
Los Angeles, California 90025
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Defendants* CINTAS ACUARIO, INC., a California corporation, and AYANA MUSICAL, INC., a California corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI RIVERA ENTERPRISES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CINTAS ACUARIO, INC., et al.<br><br>Defendants. | Case No.: 2:23-cv-07847 SB (JCx)<br><br>**STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT [35] PURSUANT TO L.R. 7-11**<br><br>Noticed Hearing Date: 2/2/2024<br>**[Proposed] Hearing Date: 2/9/2024** |

Pursuant to Local Rule ("L.R.") 7-11, Plaintiffs Jenni Rivera Enterprises, LLC and Jacquelin Campos, in her capacity as the executrix of the Estate of Dolores J. Rivera ("Plaintiffs"), by and through their counsel of record, and Defendants Cintas Acuario, Inc. and Ayana Musical, Inc. ("Defendants"), by and through their counsel of record, hereby stipulate to entry of an order by this Court continuing the hearing date on Defendants' pending Motion to Dismiss Plaintiffs First Amended Complaint (the "Motion") from February 2, 2024 to **February 9, 2024**.

Plaintiffs and Defendants further stipulate and agree that Plaintiffs' shall file their Opposition to the Motion on or before Friday, January 19, 2024, and Defendants' shall file their Reply on or before Friday, January 26, 2024.

Pursuant to L.R. 5-4.3.4(a)(2)(i), Christopher Q. Pham hereby attests that all other signatories listed, on whose behalf this document is submitted, concur in the filing's content and have authorized the filing.

DATED: January 12, 2024     Salzano Ettinger Lamper & Wilson, LLP

By: __/s/ Brady Williamson
      Brady Williamson

Criterion Counsel, Law Corporation

By: __/s/ Christopher Q. Pham
      Christopher Q. Pham, Esq. (*local counsel*)

*Attorneys for Plaintiffs*
Jenni Rivera Enterprises, LLC; and
The Estate Of Dolores J. Rivera

DATED: January 12, 2024     ALTVIEW LAW GROUP, LLP

By: __/s/ John M. Begakis
JOHN M. BEGAKIS
*Attorneys for Defendants*
CINTAS ACUARIO, INC., a California corporation; and AYANA MUSICAL, INC., a California corporation