UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI RIVERA ENTERPRISES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CINTAS ACUARIO, INC., et al.,<br><br>Defendants. | Case No. 2:23-cv-07847 SB (JCx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT [35] PURSUANT TO L.R. 7-11**<br><br>Noticed Hearing Date: 2/2/2024<br>[Proposed] Hearing Date: 2/9/2024 |

The Court has read and considered the stipulation filed on behalf of Plaintiffs Jenni Rivera Enterprises, LLC and Jacquelin Campos, in her capacity as the executrix of the Estate of Dolores J. Rivera ("Plaintiffs"), and Defendants Cintas Acuario, Inc. and Ayana Musical, Inc. ("Defendants").

1

1       IT IS HEREBY ORDERED that the hearing date on Defendants' pending Motion to Dismiss Plaintiffs' First Amended Complaint is continued from February 2, 2024 to February 9, 2024 at 8:30 A.M. in Courtroom 6C.

      IT IS HEREBY FURTHER ORDERED that Plaintiffs' shall file their Opposition to the Motion on or before Friday, January 19, 2024, and Defendants' shall file their Reply on or before Friday, January 26, 2024.

Dated: January 12, 2024

                                    Stanley Blumenfeld, Jr.
                                    United States District Judge