UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-07847-SB-JC | Date: | February 9, 2024 |
|---|---|---|---|

| Title: | *Jenni Rivera Enterprises LLC et al v. Cintas Acuario Inc. et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Defendant(s): | Attorney(s) Present for Plaintiff(s): |
|---|---|
| John M. Begakis | Christopher Q. Pham |

**Proceedings:**   [Minutes of] Motion to Dismiss (Dkt. No. 35) (Held and Completed)

Case called and appearances made. The Court heard argument on Defendant's motion to dismiss (Dkt. No. 35). The Court stands on its tentative order, which will be entered separately.

:14