NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
AltView Law Group, LLP
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

ATTORNEY(S) FOR:   Defendants/Counterclaimants Cintas Acuario, Inc.
and Ayana Musical, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI RIVERA ENTERPRISES, LLC, a California limited liability company; and JAQUELIN CAMPOS, an individual, in her capacity as executrix of the ESTATE OF DOLORES J. RIVERA, the successor-in-interest to the rights of Dolores J. Rivera, professionally known as Jenni Rivera                    Plaintiff(s),<br>v.<br><br>CINTAS ACUARIO, INC., a California corporation; AYANA MUSICAL, INC., a California corporation; and DOES 1 through 10, inclusive<br><br>                    Defendant(s) | CASE NUMBER:<br><br>2:23-cv-07847-SB-JC<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants/Counterclaimants Cintas Acuario, Inc. and Ayana Musical, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CINTAS ACUARIO, INC., a California corporation | Counterclaimant |
| AYANA MUSICAL, INC., a California corporation | Counterclaimant |
| | |
| JENNI RIVERA ENTERPRISES, LLC, a California limited liability company | Counterdefendant |
| JANNEY MARIN RIVERA, an individual | Counterdefendant |
| JACQUELIN CAMPOS, an individual and trustee of THE DOLORES J. RIVERA LIVING TRUST | Counterdefendant |
| JENIKA LOPEZ, an individual | Counterdefendant |
| TRINIDAD MARIN, an individual | Counterdefendant |
| JUAN LOPEZ, an individual | Counterdefendant |

2/23/2024
Date

*John Begakis*
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants Cintas Acuario, Inc. and Ayana Musical, Inc.