AO 121 (Rev. 06/16)

| TO: Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 2:23-cv-07847 | DATE FILED 9/20/2023 | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA (Western Division) |

| PLAINTIFF | DEFENDANT |
|---|---|
| CINTAS ACUARIO, INC., a California corporation; AYANA MUSICAL, INC., a California corporation | JENNI RIVERA ENTERPRISES, LLC, a California limited liability company; JANNEY MARIN RIVERA, an individual; JACQUELIN CAMPOS, an individual and trustee of THE DOLORES J. RIVERA LIVING TRUST; JENIKA LOPEZ, an individual; TRINIDAD MARIN, an individual; and JUAN LOPEZ, an individual |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | SR0000408400 | Mi Vida Loca | Jenni Rivera/Ayana Musical, Inc. |
| 2 | SR0000382497 | Simplemente La Mejor | Jenni Rivera/Ayana Musical, Inc. |
| 3 | SR0000811041 | Parrandera, Rebelde y Atrevida | Cintas Acuario, Inc. |
| 4 | VA0001958625 | Jenni Rivera Reyna De Reynas Picture #1 | Cintas Acuario, Inc. |
| 5 | VA0001964386 | Jenni Rivera Parrandera Puro Picture #1 | Cintas Acuario, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy