# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| JENNI RIVERA ENTERPRISES LLC , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CINTAS ACUARIO INC. , et al.<br><br>DEFENDANT(S). | 2:23−cv−07847−SB−JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 3/4/2024 | 49 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Requesting party is not Plaintiff nor Third Party Plaintiff.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: March 8, 2024                                By: /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                                                       Deputy Clerk

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.