Brady Williamson, Esq. (*admitted pro hac vice*)
Salzano Ettinger Lampert & Wilson, LLP
104 West 40th Steet, 14th Floor
New York, NY 10018
Telephone: (212) 375-6746
Facsimile: (646) 365-3119
bwilliamson@selwlaw.com

Christopher Q. Pham, SBN: 206697 (*local counsel*)
    E-mail: cpham@criterioncounsel.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@criterioncounsel.com
Criterion Counsel, Law Corporation
6355 Topanga Canyon Blvd., Suite 326
Woodland Hills, CA 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

*Attorneys for Plaintiff/Counter Defendants* Jenni Rivera Enterprises, LLC; and The Estate Of Dolores J. Rivera; and all Counter Defendants

John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
ALTVIEW LAW GROUP, LLP
12100 Wilshire Blvd., Suite 800
Los Angeles, California 90025
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Defendants/Counter-Claimants* CINTAS ACUARIO, INC.; and AYANA MUSICAL, INC.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI RIVERA ENTERPRISES, LLC, et al., | Case No.: 2:23-cv-07847 SB (JCx) |
| Plaintiffs, | **JOINT STIPULATION AND FIRST REQUEST TO MODIFY CASE MANAGEMENT ORDER FOR GOOD CAUSE** |
| v. | |
| CINTAS ACUARIO, INC., et al. | |
| Defendants. | |

- 1 -

1     Pursuant to Rule 16(b)(4) of the *Federal Rules of Civil Procedure* ("Fed. R.

2   Civ. P."), *Local Rules* ("L.R.") 16-9 and 16-14, this Court's *Standing Order for*

3   *Civil Cases* [Dkt. 10], and *Case Management Order* [Dkt. 29], Plaintiffs/Cross-

4   Defendants Jenni Rivera Enterprises, LLC, and The Estate Of Dolores J. Rivera

5   ("Plaintiffs"), and Defendants/Counter-Claimants Cintas Acuario, Inc., and Ayana

6   Musical, Inc. ("Defendants") hereby submit the following Joint Stipulation and

7   First Request to Modify The Case Management Order set by the Court on

8   December 15, 2023, for good cause.

9     This is the **first** request by the Parties to modify any scheduling dates set by

10   the Court's Case Management Order ("CMO"). (*See* Declaration of Christopher Q.

11   Pham "Pham Decl." at ¶2 in support thereof; Declaration of John M. Begakis

12   "Begakis Decl." at ¶ 2 in support thereof)

13   **I.      GOOD CAUSE STATEMENT**

14     The Parties have good cause to request the Court to modify the CMO and

15   continue all case management dates and trial for approximately ninety-days.  This

16   matter is not yet at issue relating to the Counterclaims.  Defendants only recently

17   filed their Answer to Plaintiff's First Amended Complaint and Counterclaims on

18   February 23, 2024 (Dkt. 43), with the Summons for the Counter-Complaint being

19   issued on March 13, 2024 (Dkt. 52).

20     Newly added Counter Defendants Janney Marin Rivera; Jacquelin Campos;

21   Jenika Lopez; Trinidad Marin; and Juan Lopez have also not appeared in this

22   action.  These parties only retained their listed counsel of record on March 26,

23   2024, to represent them against the Counterclaims.  (Pham Decl., ¶3). On March

24   29, 2024, to expedite service of the Summons and Counterclaims in good faith,

25   counsel for Counter Defendants signed the Waiver of Service of Summons for each

26   of the new Counter Defendants, which were filed with the Court on April 9, 2024.

27   (Pham Decl., ¶4; Begakis Decl., ¶4; Dkt. 55-58).

28

- 2 -
**JOINT STIPULATION TO MODIFY CASE MANAGEMENT ORDER**

1

2    Additionally, on April 10, 2024, the Parties engaged in a conference of

3 counsel under *Local Rule* 7-3, relating to Counter Defendants' position that the

4 Second Cause of Action for Conversion in the Counterclaim is defectively pleaded

5 and subject to dismissal under *Federal Rules of Civil Procedure* 12(b)(6). (Pham

6 Decl.5; Begakis Decl., ¶5). Defendants intend to file a First Amended

7 Counterclaims to correct the alleged pleading deficiencies.   (Pham Decl.¶6;

8 Begakis Decl.,¶ 6).  Depending on this amended pleading, further meet and confer

9 efforts might be necessary and a motion to dismiss the conversion counterclaim

10 might be filed.

11    Plaintiffs and Counter Defendants intend to serve their own written

12 discovery consisting of Special Interrogatories, Request for Production of

13 Documents, and Requests for Admissions. The written discovery from both sides

14 will heavily focus on accounting and royalties issues in preparation for mutual

15 extensive expert work.  (Pham Decl.¶7)

16    In terms of depositions, once this case becomes at issue, there will be eight

17 total parties in this civil lawsuit. All these parties will likely be deposed, along with

18 approximately eight third-party witnesses identified in the Parties' Rule 26 Initial

19 Disclosures.  (Pham Decl.¶8)

20    Additionally, the Parties have made several attempts to coordinate an early

21 deposition of Rosa A. Rivera Flores, who is a material and pertinent third-party

22 witness for both sides.  (Begakis Decl. ¶ 8).  Due to an extended three-months work

23 commitment abroad, Ms. Flores cannot appear for her deposition until late July

24 2024.   (Begakis Decl. ¶ 8).  Defendants have also recently propounded written

25 discovery, and at least one deposition notice, on Plaintiffs and are awaiting

26 responses. (Begakis Decl. ¶ 7).

27    The Parties propose the following changes to the case schedule subject for

28 the Court's approval:

JOINT STIPULATION TO MODIFY CASE MANAGEMENT ORDER

| **Event** | **Current Dates** | **Proposed Dates** |
|---|---|---|
| **Jury Trial**        (Tues., 8:30 a.m.) | 11/12/24 | 02/25/25 |
| **Pretrial Conference** (Fri., 10:00 a.m.) (including hearing on motions in limine) | 10/25/24 | 02/07/25 |
| **Motion to Amend Pleadings/Add Parties** (Hearing Deadline) | 02/16/24 | 07/19/24 |
| **Fact Discovery Cutoff** | 06/21/24 | 09/27/24 |
| **Expert Discovery Cutoff** | 07/19/24 | 10/25/24 |
| Initial Expert Disclosure | 06/07/24 | 09/06/24 |
| Rebuttal Expert Disclosure | 06/21/24 | 09/27/24 |
| **Discovery Motion Hearing Cutoff** | 07/19/24 | 10/18/24 |
| **Non-Discovery Motion Hearing Cutoff** | 08/02/24 | 11/01/24 |
| **Settlement Conference Deadline** (Private) | 08/16/24 | 11/15/24 |
| **Post-Settlement Status Conf.** (Fri.,8:30 a.m.): | 08/30/24 | 11/29/24 |
| (Joint Status Report Due (7 days before *by 9:00 a.m.*): | 08/23/24 | 11/22/24 |
| **Trial Filings (1st Set)** | 09/27/24 | 01/10/25 |
| **Trial Filings (2nd Set)** | 10/11/24 | 01/24/25 |

JOINT STIPULATION TO MODIFY CASE MANAGEMENT ORDER

## II.   **CONCLUSION**

These facts show the diligence the Parties have been undertaking to prosecute and defend their claims and defenses, but they require a continuance of at least ninety more days on all case management dates to properly and adequately prepare for trial in this matter.

Pursuant to *Local Rule*s 5-4.3.4(a)(2)(i), e-filer Marcus F. Chaney hereby attests that all other signatories listed, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED by all Parties hereto.


DATED:  April 19, 2024          SALZANO ETTINGER LAMPER & WILSON

By: __/s/ Brady Williamson
Brady Williamson (*Pro Hac Counsel*)

CRITERION COUNSEL, LAW CORPORATION

By: __/s/ Christopher Q. Pham
Christopher Q. Pham, Esq. (*local counsel*)

*Attorneys for Plaintiffs/Counter Defendants*
Jenni Rivera Enterprises, LLC; and
The Estate Of Dolores J. Rivera


DATED: April 19, 2024           ALTVIEW LAW GROUP, LLP

By: __/s/ John M. Begakis
JOHN M. BEGAKIS
*Attorneys for Defendants/Counter Claimants*
CINTAS ACUARIO, INC., a California
corporation; and AYANA MUSICAL, INC., a
California corporation

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is, 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, California 91367. On, April 19, 2024, I served the within document(s):

**JOINT STIPULATION AND FIRST REQUEST TO MODIFY CASE MANAGEMENT ORDER FOR GOOD CAUSE**
**DECLARATION OF CHRISTOPHER Q PHAM IN SUPPORT OF FIRST REQUEST TO MODIFY CASE MANAGEMENT ORDER FOR GOOD CAUSE**
**DECLARATION OF JOHN M. BEGAKIS IN SUPPORT OF FIRST REQUEST TO MODIFY CASE MANAGEMENT ORDER FOR GOOD CAUSE**
**[PROPOSED] ORDER CONTINUING DEADLINES IN THE CASE MANAGEMENT ORDER**

☐      FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.
☐      MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Woodland Hills, California addressed as set forth below.
☐      OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.
☒      ELECTRONIC DELIVERY – by causing such document(s) to be transmitted by electronic mail transmission to the appropriate electronic mail address(es) set forth below.
☐      PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

John M. Begakis, Esq.
ALTVIEW LAW GROUP, LLP
12100 Wilshire blvd., Suite 800
Los Angeles, California 90025
john@altviewlawgroup.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, unless otherwise set forth herein. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on April 19, 2024, at Woodland Hills, California.

_____
Catherine Brannan

- 1 -