# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| JENNI RIVERA ENTERPRISES LLC, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CINTAS ACUARIO INC., et al.<br><br>Defendant(s). | 2:23–cv–07847–SB–JC<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __4/26/2024__

Document No.:   __61__

Title of Document:   __Defendants' ANswer to Plaintiffs' First Amended Complaint and First Amended Counterclaims__

**ERROR(S) WITH DOCUMENT:**

Defendants filed an Answer to the First Amended Complaint and Counterclaims on 2/23/2024. The docket does not reflect leave to file nor an extension of the amended pleadings deadline.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _May 2, 2024_     By:  _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS