Brady Williamson, Esq. (*admitted pro hac vice*)
Salzano Ettinger Lampert & Wilson, LLP
104 West 40th Steet, 14th Floor
New York, NY 10018
Telephone:  (212) 375-6746
Facsimile:  (646) 365-3119
bwilliamson@selwlaw.com

Christopher Q. Pham, SBN: 206697 (*local counsel*)
       E-mail:  cpham@criterioncounsel.com
Marcus F. Chaney, SBN: 245227
       E-mail:  mchaney@criterioncounsel.com
Criterion Counsel, Law Corporation
6355 Topanga Canyon Blvd., Suite 326
Woodland Hills, CA 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

*Attorneys for Plaintiffs/Counter Defendants* Jenni Rivera Enterprises, LLC; and The Estate Of Dolores J. Rivera; and all Counter Defendants

John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
ALTVIEW LAW GROUP, LLP
9454 Wilshire Blvd., Suite 825
Los Angeles, California 90212
Telephone:  (310) 230-5580
Facsimile:  (562) 275-8954

*Attorneys for Defendants/Counter-Claimants* CINTAS ACUARIO, INC.; and AYANA MUSICAL, INC.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI RIVERA ENTERPRISES, LLC, et al.,<br><br>             Plaintiffs,<br><br>         v.<br><br>CINTAS ACUARIO, INC., et al.<br><br>             Defendants. | Case No.: 2:23-cv-07847 SB (JCx)<br><br>**AMENDED JOINT STIPULATION AND FIRST REQUEST TO MODIFY CASE MANAGEMENT ORDER FOR GOOD CAUSE** |

Pursuant to Rule 16(b)(4) of the *Federal Rules of Civil Procedure* ("Fed. R. Civ. P."), *Local Rules* ("L.R.") 16-9 and 16-14, this Court's *Standing Order for Civil Cases* [Dkt. 10], and *Case Management Order* [Dkt. 29], Plaintiffs/Counter-Defendants Jenni Rivera Enterprises, LLC, and The Estate Of Dolores J. Rivera ("Plaintiffs"), and Defendants/Counter-Claimants Cintas Acuario, Inc., and Ayana Musical, Inc. ("Defendants") hereby submit the following Amended Joint Stipulation and First Request to Modify The Case Management Order set by the Court on December 15, 2023, for good cause.

This is the **first** request by the Parties to modify any scheduling dates set by the Court's Case Management Order ("CMO"). (*See* Declaration of Christopher Q. Pham "Pham Decl." at ¶2 in support thereof; Declaration of John M. Begakis "Begakis Decl." at ¶ 2 in support thereof).

## I. GOOD CAUSE STATEMENT

The Parties have good cause to request the Court to modify the CMO and continue all case management dates and trial for approximately ninety-days. This matter is not yet at issue relating to the Counterclaims. Defendants only recently filed their Answer to Plaintiff's First Amended Complaint and First Amended Counterclaims on April 26, 2024 (Dkt. 61), with the Summons for the Counter-Complaint being issued on March 13, 2024 (Dkt. 52).

Newly added Counter-Defendants Janney Marin Rivera; Jacquelin Campos; Jenika Lopez; Trinidad Marin; and Juan Lopez have also not appeared in this action. These parties only retained their listed counsel of record on March 26, 2024, to represent them against the Counterclaims. (Pham Decl., ¶3; Begakis Decl., ¶3). On March 29, 2024, to expedite service of the Summons and Counterclaims in good faith, counsel for Counter Defendants signed the Waiver of Service of Summons for each of the new Counter Defendants, which were filed with the Court on April 9, 2024. (Pham Decl., ¶4; Begakis Decl., ¶4; Dkt. 55-58).

Additionally, on April 10, 2024, the Parties engaged in a conference of counsel under *Local Rule* 7-3, relating to Counter Defendants' position that the Second Cause of Action for Conversion in the Counterclaim is defectively pleaded and subject to dismissal under *Federal Rules of Civil Procedure* 12(b)(6). (Pham Decl.5; Begakis Decl., ¶5). On April 26, 2024, Defendants filed their First Amended Counterclaims to correct the alleged pleading deficiencies. (Pham Decl.¶6; Begakis Decl.,¶ 6). And on May 2, 2024, Plaintiffs requested an *L.R.* 7-3 seeking a conference of counsel prior to bringing a motion to dismiss the conversion Counterclaim and to strike the request for punitive/exemplary damages. Depending on the outcome of this meet and confer, a Rule 12(b)(6) motion to dismiss the conversion counterclaim and/or a Rule 12(f) motion to strike punitive/exemplary damages might be filed.

Plaintiffs and Counter-Defendants intend to serve their own written discovery consisting of Special Interrogatories, Request for Production of Documents, and Requests for Admissions. The written discovery from both sides will heavily focus on accounting and royalties issues in preparation for mutual extensive expert work. (Pham Decl.¶7)

In terms of depositions, once this case becomes at issue, there will be eight total parties in this civil lawsuit. All these parties will likely be deposed, along with approximately eight third-party witnesses identified in the Parties' Rule 26 Initial Disclosures. (Pham Decl.¶8)

Additionally, the Parties have made several attempts to coordinate an early deposition of Rosa A. Rivera Flores, who is a material and pertinent third-party witness for both sides. (Begakis Decl. ¶ 8). Due to an extended three-months work commitment abroad, Ms. Flores cannot appear for her deposition until late July 2024. (Begakis Decl. ¶ 8). Defendants have also recently propounded written discovery, and at least one deposition notice, on Plaintiffs and are awaiting responses. (Begakis Decl. ¶ 7).

Pursuant to the Court's CMO, the following table outlines in chronological order "all discovery and significant procedural events from the outset of the case":

| **Completed Work** | | | |
|---|---|---|---|
| **Date** | **Pty** | **Event** | **Explanation** |
| 09/20/2023 | Π | Complaint | |
| 10/19/2023 | Δ | Motion to Dismiss Complaint | |
| 10/19/2023 | Ct | Order Setting Scheduling Conference | |
| 10/23/2023 | Ct | Order advancing briefing deadlines on motion to dismiss complaint | |
| 11/21/2023 | Π, Δ | Joint Report Rule 26(f) Discovery Plan | |
| 11/27/2023 | Ct | Order continuing mandatory scheduling conference and motion to dismiss | |
| 12/08/2023 | Δ | Initial Disclosures | |
| 12/15/2023 | Ct | Case Management Order | |
| 12/15/2023 | Ct | Pretrial and Trial Order | |
| 12/18/2023 | Ct | Order granting motion to dismiss complaint with leave | |

| Date | Party | Action | Notes |
|---|---|---|---|
| | | to amend | |
| 12/22/2023 | π | First Amended Complaint | |
| 01/05/2024 | Δ | Motion to Dismiss First Amended Complaint | |
| 02/09/2024 | Ct | Order denying motion to dismiss first amended complaint | |
| 02/16/2024 | π | Initial Disclosures | |
| 02/29/2024 | Δ | Supplemental Initial Disclosures | |
| 03/13/2024 | Ct | Summons for the Counterclaims issued | |
| 03/26/2024 | Counter-Δ | Counsel of Record was retained to Represent all Counter-Defendants | The Counterclaims added five new parties in this action. |
| 04/09/2024 | Counter-Δ | Waiver of Service of Summons for Counter-Defendants | In order to expedite services of process, counsel accepted service for Counter-Defendants Janney Marin Rivera; Jacquelin Campos; Jenika Lopez; Trinidad Marin; and Juan Lopez |
| 04/09/2024 | Δ | Interrogatories, Request for Production of Documents, and Request for Admissions | Plaintiffs' Responses are due on May 9, 2024 (extension granted to June 10, 2024) |
| 04/09/2024 | Δ | Noticed Deposition of Jacquelin Campos | Noticed for May 17, 2024 |

- 5 -
AMENDED JOINT STIPULATION TO MODIFY CMO

| Date | Party | Action | Notes |
|---|---|---|---|
| 04/10/2024 | Counter-Δ Counter-π | *Local Rule* 7-3 Conference of Counsel on Motion to Dismiss Counterclaim | Counter-Defendants' anticipated 12(b)(6) motion to dismiss the Second Counterclaim for Conversion |
| 04/26/2024 | Counter-π | Answer to First Amended Complaint and First Amended Counter-Claim | |
| 05/02/2024 | Counter-Δ | Request for *L.R.* 7-3 conference on motion to dismiss counterclaim/strike punitive/exemplary damages | |
| **Remaining Work** | | | |
| 05/07/2024 | Counter-Δ Counter-π | *L.R.* 7-3 Conference of Counsel on Motion to Dismiss the First Amended Counter-Claim/Strike punitive/exemplary damages | Cross-Complaint only filed their First Amended Counter-Claim on April 26, 2024, failing to correct the alleged pleading deficiencies relating to their Second Counter-Claim for Conversion |
| 05/17/2024 | Counter-Δ | Motion to Dismiss the First Amended Counter-Claim Pursuant to FRCP 12(b)(6) | Cross-Defendants intends to file their Motion to Dismiss if the Parties cannot resolve this pleading dispute in good faith during their Rule 7-3 Conference of Counsel. |
| 09/01/2024 | Δ Counter-π | Deposition of Janney Marin Rivera | Counterclaimants only filed their First Amended Counterclaim on April 26, 2024, and the claims contained therein as to the anticipated deponent are not yet at issue, as Counterclaimants expect a Rule 12(b)(6) Motion to Dismiss to be filed as to such claims. |

| | | | | |
|---|---|---|---|---|
| 09/01/2024 | Δ Counter-π | Deposition of Jenika Lopez | Counterclaimants only filed their First Amended Counterclaim on April 26, 2024, and the claims contained therein as to the anticipated deponent are not yet at issue, as Counterclaimants expect a Rule 12(b)(6) Motion to Dismiss to be filed as to such claims. |
| 09/01/2024 | Δ Counter-π | Deposition of Trinidad Marin | Counterclaimants only filed their First Amended Counterclaim on April 26, 2024, and the claims contained therein as to the anticipated deponent are not yet at issue, as Counterclaimants expect a Rule 12(b)(6) Motion to Dismiss to be filed as to such claims. |
| 09/01/2024 | Δ Counter-π | Deposition of Juan Lopez | Counterclaimants only filed their First Amended Counterclaim on April 26, 2024, and the claims contained therein as to the anticipated deponent are not yet at issue, as Counterclaimants expect a Rule 12(b)(6) Motion to Dismiss to be filed as to such claims. |
| 06/21/2024 | π | Interrogatories, Request for Production of Documents, and Request for Admissions | Through their Conference of Counsel conducted on April 10, 2024, Counterclaimants announced that they intended to file a First Amended Counter-Claim. There was no need for Plaintiffs to prematurely propounded discovery when the counter-claims were not at issue in this matter. On April 26, 2024, Counter-Claimant filed their First Amended Counter-Claim, which upon review contains the same alleged pleading |

| | | | |
|---|---|---|---|
| | | | deficiencies relating to the Second Claim for Conversion, to which Counter-Defendants intend to file a motion to dismiss. Given this delay in the pleadings, Plaintiffs intend to commence written discovery while their motion to dismiss is pending before the Court. |
| 08/02/2024 | Π | Depositions of Defendants | Plaintiffs intend to take the 30(b)(6) depositions of Defendants Cintas Acuario and Ayana Musical upon the substantial completion of the exchange of written discovery. |
| 08/02/2024 | Π | Deposition of Rosie Rivera | Plaintiffs intend to take the depositions of third-party witnesses identified in Defendants' Initial Disclosures upon the substantial completion of the exchange of written discovery. |
| 08/02/2024 | Π | Deposition of Juan Rivera | Plaintiffs intend to take the depositions of third-party witnesses identified in Defendants' Initial Disclosures upon the substantial completion of the exchange of written discovery. |
| 09/06/2024 | Π, Δ | Initial Expert Disclosures | The parties intend to commence expert discovery upon the substantial completion of fact discovery. Expert discovery in this case will involve extensive analysis of the distributions of all copyrighted works and the name, image, and likeness Jenni Rivera, along with the related royalty statements, payouts and offsets. |

| 09/27/2024 | Π, Δ | Rebuttal Expert Disclosures | The parties intend to commence expert discovery upon the substantial completion of fact discovery. Expert discovery in this case will involve extensive analysis of the distributions of all copyrighted works and the name, image, and likeness Jenni Rivera, along with the related royalty statements, payouts and offsets. |

## II. CONCLUSION

These facts show the diligence the Parties have been undertaking to prosecute and defend their claims and defenses, but they require a continuance of at least ninety more days on all case management dates to properly and adequately prepare for trial in this matter.

Pursuant to *Local Rule*s 5-4.3.4(a)(2)(i), e-filer Christopher Q. Pham hereby attests that all other signatories listed, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED by all Parties hereto.

DATED:  May 3, 2024         SALZANO ETTINGER LAMPER & WILSON

By: __/s/ Brady Williamson
    Brady Williamson (*Pro Hac Counsel*)


CRITERION COUNSEL, LAW CORPORATION

By: __/s/ Christopher Q. Pham
Christopher Q. Pham, Esq. (*local counsel*)

*Attorneys for Plaintiffs/Counter Defendants*
Jenni Rivera Enterprises, LLC; and
The Estate Of Dolores J. Rivera

| | |
|---|---|
| DATED: May 3, 2024 | ALTVIEW LAW GROUP, LLP |
| | By: __/s/ John M. Begakis<br>JOHN M. BEGAKIS<br>*Attorneys for Defendants/Counter Claimants*<br>CINTAS ACUARIO, INC., a California corporation; and AYANA MUSICAL, INC., a California corporation |

- 10 -
AMENDED JOINT STIPULATION TO MODIFY CMO