|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI RIVERA ENTERPRISES, LLC, et al, | Case No. 2:23-cv-07847 SB (JCx) |
| Plaintiffs, | **ORDER CONTINUING DEADLINES IN THE CASE MANAGEMENT ORDER** |
| v. | |
| CINTAS ACUARIO, INC., et al., | Orig. Compl.:          9/20/23 |
| Defendants. | Orig. Resp. Pldg.:   2/23/24 |
| | **NO FURTHER CONTINUANCES** |
| CINTAS ACUARIO, INC., et al. | |
| Counter-Claimants, | |
| v. | |
| JENNI RIVERA ENTERPRISES, LLC, et al. | |
| Counter-Defendants. | |

Having considered the request to continue the deadlines in the case management order (CMO) and finding good cause to grant a continuance, the Court hereby modifies the CMO by adopting the Proposed Dates (as may have been modified) in the table below. ***There shall be no further continuances***.

| Event | Current Dates | Proposed Dates |
|---|---|---|
| **Jury Trial**    (Tues., 8:30 a.m.) | 11/12/24 | 02/11/25 |
| **Pretrial Conference** (Fri., 10:00 a.m.) (including hearing on motions in limine) | 10/25/24 | 01/24/25 |
| **Motion to Amend Pleadings/Add Parties** (Hearing Deadline) | 02/16/24 | 07/05/24 |
| **Fact Discovery Cutoff** | 06/21/24 | 09/13/24 |
| **Expert Discovery Cutoff** | 07/19/24 | 10/11/24 |
| Initial Expert Disclosure | 06/07/24 | 09/06/24 |
| Rebuttal Expert Disclosure | 06/21/24 | 09/27/24 |
| **Discovery Motion Hearing Cutoff** | 07/19/24 | 10/11/24 |
| **Non-Discovery Motion Hearing Cutoff** | 08/02/24 | 10/25/24 |
| **Settlement Conference Deadline** (Private) | 08/16/24 | 11/01/24 |
| **Post-Settlement Status Conf.** (Fri.,8:30 a.m.): | 08/30/24 | 11/15/24 |
| (Joint Status Report Due (7 days before *by 9:00 a.m.*): | 08/23/24 | 11/08/24 |
| **Trial Filings (1st Set)** | 09/27/24 | 12/27/24 |
| **Trial Filings (2nd Set)** | 10/11/24 | 01/10/25 |

2

Dated: May 13, 2024

_____
**Stanley Blumenfeld, Jr.**
**United States District Judge**