Brady Williamson, Esq. (*admitted pro hac vice*)
Salzano Ettinger Lampert & Wilson, LLP
104 West 40th Steet, 14th Floor
New York, NY 10018
Telephone: (212) 375-6746
Facsimile: (646) 365-3119
bwilliamson@selwlaw.com

Christopher Q. Pham, SBN: 206697 (*local counsel*)
   E-mail: cpham@criterioncounsel.com
Criterion Counsel, Law Corporation
6355 Topanga Canyon Blvd., Suite 326
Woodland Hills, CA 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

*Attorneys for Plaintiffs/Counter-defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNI RIVERA ENTERPRISES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CINTAS ACUARIO, INC., et al.<br><br>Defendants.<br><hr>CINTAS ACUARIO, INC., et al.<br><br>Counterclaimants,<br><br>v.<br><br>JENNI RIVERA ENTERPRISES, LLC, et al.<br><br>Counterdefendants. | Case No.: 2:23-cv-07847 SB (JCx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COUNTERCLAIMS UNDER RULE 12(b)(6) AND TO STRIKE PUNITIVE/EXEMPLARY DAMAGES UNDER RULE 12(f)**<br><br>**Hearing Date**: June 14, 2024<br>**Time**:         8:30 A.M.<br>**Courtroom**:    6C<br><br>**Judge**: Hon. Stanley Blumenfeld Jr. |

- 1 -
NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COUNTERCLAIMS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Friday, June 14, 2024 at 8:30 A.M., or as soon thereafter as this matter may be heard in the above-entitled United States Courthouse located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs/Counter-Defendants Jenni Rivera Enterprises, LLC; Janney Marin Rivera; Jacquelin Campos, individually and as trustee of The Dolores J. Rivera Living Trust; Jenika Lopez; Trinidad Marin; and Juan Lopez ("Counter-Defendants") will and hereby do move this Court for an order dismissing the First Amended Counterclaims filed by Defendants/Counterclaimants Cintas Acuario, Inc. and Ayana Musical, Inc. ("Counterclaimants") in the above-captioned action on April 26, 2024 [ECF Dkt. 61] under Rule 12(b)(6) of the *Federal Rules of Civil Procedure* ("Fed. R. Civ. P."). This Motion is made on the following grounds:

1. Counterclaimants have failed to state a claim for Conversion in their First Amended Counterclaims;

2. The Conversion counterclaim is preempted by the Copyright Infringement counterclaim and Copyright Act; and

3. The Conversion counterclaim is barred by the applicable 3-year statute of limitations (*California Code of Civil Procedure* § 338(c)) based upon the express allegations of accrual in 2013.

In addition, Counter-Defendants will and hereby do move this Court for an order striking Counterclaimants prayer for relief in the form of punitive/exemplary damages under *Fed. R. Civ. P.* 12(f) on the grounds that such damages are not recoverable as a matter of law for Copyright Infringement, and Counterclaimants have failed to pled the requisite oppression, fraud, and/or malice to state a claim for punitive/exemplary damages for Conversion under *California Civil Code* § 3294.

This Motion is based upon this Notice of Motion and Motion to Dismiss First Amended Counterclaims under Rule 12(b)(6) and to Strike Punitive/Exemplary

1   Damages under Rule 12(f), the contemporaneously filed Memorandum of Points and
2   Authorities in support of this Motion, and the papers and records on file herein, and
3   upon such oral and documentary evidence as may be presented at the hearing of this
4   matter.
5       This motion is made following the conference of counsel pursuant to L.R. 7-
6   3 which took place on Friday, May 10, 2024.

8   DATED:  May 17, 2024        Criterion Counsel, Law Corporation

By: __/s/ Christopher Q. Pham
Christopher Q. Pham, Esq. (*local counsel*)

*Attorneys for Plaintiffs/Counter-defendants*