Brady Williamson, Esq. (*admitted pro hac vice*)
Salzano Ettinger Lampert & Wilson, LLP
104 West 40th Steet, 14th Floor
New York, NY 10018
Telephone: (212) 375-6746
Facsimile: (646) 365-3119
bwilliamson@selwlaw.com

Christopher Q. Pham, SBN: 206697 (*local counsel*)
    E-mail: cpham@criterioncounsel.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@criterioncounsel.com
Criterion Counsel, Law Corporation
6355 Topanga Canyon Blvd., Suite 326
Woodland Hills, CA 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

*Attorneys for Plaintiff/Counter Defendants* Jenni Rivera Enterprises, LLC; and The Estate Of Dolores J. Rivera; and all Counter Defendants

John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
ALTVIEW LAW GROUP, LLP
12100 Wilshire Blvd., Suite 800
Los Angeles, California 90025
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Defendants/Counter-Claimants* CINTAS ACUARIO, INC.; and AYANA MUSICAL, INC.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI RIVERA ENTERPRISES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CINTAS ACUARIO, INC., et al.<br><br>Defendants. | Case No.: 2:23-cv-07847 SB (JCx)<br><br>**JOINT STIPULATION AND FIRST REQUEST TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE IN CONNECTION WITH PLAINTIFFS' MOTION TO DISMISS FIRST AMENDED COUNTERCLAIMS [65] PURSUANT TO L.R. 7-11**<br><br>Noticed Hearing Date: 6/14/2024<br>**[Proposed] Hearing Date: 6/28/2024** |

Pursuant to *Local Rule* ("L.R.") 7-11, Plaintiffs/Counterdefendants Jenni Rivera Enterprises, LLC, Janney Marin Rivera, Jacquelin Campos individually and on behalf of The Estate Of Dolores J. Rivera, Jenika Lopez, and Juan Lopez (collectively, "Plaintiffs"), and Defendants/Counter-Claimants Cintas Acuario, Inc.; and Ayana Musical, Inc. (collectively, "Defendants"), by and through their counsel of record, hereby stipulate to entry of an order by this Court continuing the hearing date on Plaintiffs' pending Motion to Dismiss Defendants' First Amended Counterclaims (the "Motion") from June 14, 2024 to June 28, 2024.

Plaintiffs and Defendants further stipulate and agree that Defendants shall file their Opposition to the Motion by on or before Friday, June 7, 2024, and Plaintiffs shall file their Reply by on or before Friday June 14, 2025.

Pursuant to L.R. 5-4.3.4(a)(2)(i), John M. Begakis, Esq. hereby attests that all other signatories listed, on whose behalf this document is submitted, concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED by all Parties hereto.

DATED: June 6, 2024         SALZANO ETTINGER LAMPER & WILSON

By: __/s/ Brady Williamson__
    Brady Williamson

CRITERION COUNSEL, LAW CORPORATION

By: __/s/ Christopher Q. Pham__
    Christopher Q. Pham, Esq. (*local counsel*)

*Attorneys for Plaintiffs/Counter Defendants*
Jenni Rivera Enterprises, LLC; and
The Estate Of Dolores J. Rivera

DATED: June 6, 2024         ALTVIEW LAW GROUP, LLP

By: __/s/ John M. Begakis__
JOHN M. BEGAKIS
*Attorneys for Defendants/Counter Claimants*
CINTAS ACUARIO, INC., a California corporation; and AYANA MUSICAL, INC., a California corporation