UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI RIVERA ENTERPRISES LLC et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>CINTAS ACUARIO INC. et al.,<br><br>   Defendants. | Case No. 2:23-cv-07847-SB-JC<br><br>ORDER DENYING STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE [DKT. NO. 67] |

   On May 17, 2024, Plaintiffs filed a motion to dismiss Defendants' amended counterclaim for conversion and set the hearing for June 14. Dkt. No. 65. Defendants failed to file an opposition, which was due on May 24. L.R. 7-9 ("Each opposing party shall . . . not later than twenty-one (21) days before the date designate for the haring of the motion . . . file with the clerk either (a) [an opposition] or (b) [a notice of non-opposition]"). On June 6, the parties filed a stipulation to continue the hearing and briefing dates by two weeks and to allow Defendants to file an opposition on June 7. Dkt. No. 67. On June 7, Defendants filed an opposition. Dkt. No. 68.

   Defendants first filed their answer and asserted their two counterclaims on February 23. Dkt. No. 43. On April 19, the parties filed a stipulation to continue the deadlines in the Case Management Order (CMO), in which they stated that they had conferred about the second counterclaim for conversion, which Plaintiffs argued was defectively pleaded, and indicated that Defendants intended to file an Amended Counterclaim, after which Plaintiffs might file a motion to dismiss. Dkt. No. 59 at 3. The Court denied the stipulation for failure to comply with the Court's requirements and failure to demonstrate good cause. Dkt. No. 60. On April 26, Defendants filed their amended counterclaims. Dkt. No. 61. On May 3, the parties filed another stipulation to continue the CMO deadlines, in which they again stated Plaintiffs' position that the amended counterclaim for conversion was

1

defective, that a meet and confer had been requested, and that Plaintiffs might file a motion to dismiss depending on the outcome of the meet and confer.  Dkt. No. 63 at 3.  The Court granted the stipulation to continue the CMO, with the express admonition that "*[t]here shall be no further continuances*."  Dkt. No. 63 at 1.

In short, Defendants' counterclaim for conversion was first pleaded over three months ago, and Defendants have been aware of Plaintiffs' intention to move for dismissal of that claim for almost as long.  Defendants' failure to timely file an opposition to the long-anticipated motion to dismiss does not merit a continuance of the hearing date.  In any event, the stipulation provides no justification for the requested continuance.

Accordingly, the Court DENIES the request to continue the hearing with prejudice.  The Court will consider Defendants' late-filed opposition.  Plaintiffs may file a reply by no later than June 12.  The hearing on the motion to dismiss shall proceed on June 14.

Date: June 10, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge