UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-07847-SB-JC | Date: | June 14, 2024 |
|---|---|---|---|

| Title: | *Jenni Rivera Enterprises LLC et al v. Cintas Acuario Inc. et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Defendant(s): | Attorney(s) Present for Plaintiff(s): |
|---|---|
| John M. Begakis | Marcus F. Chaney |

**Proceedings:**   [Minutes of] Motion to Dismiss (Dkt. No. 65) (Held and Completed)

   Case called and appearances made.  The Court heard argument on its tentative ruling on Counterdefendants' motion to dismiss (Dkt. No. 65).  The Court took the matter under submission.

:14